Malcolm Segal (SBN 075481)
Rebecca L. Ferguson (SBN 307170)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
rferguson@segal-pc.com

Attorneys for Defendant
SCOTT NORRIS JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 2:19-CR-0088 JAM |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S WAIVER OF APPEARANCE** |
| SCOTT NORRIS JOHNSON, | |
| Defendant. | |

Defendant, Scott Norris Johnson, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, trial confirmation, empaneling of jury, or imposition of sentence. Defendant hereby requests the Court to proceed during his every absence that the Court may permit pursuant to this waiver; and agrees that his interests will be deemed represented at all times by the presence of his attorney,

1
DEFENDANT'S WAIVER OF APPEARANCE

the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any date that the Court may fix in his absence.

Dated: June 17, 2019.

        /s/ Scott Norris Johnson
        SCOTT NORRIS JOHNSON

Dated: June 17, 2019.        **SEGAL & ASSOCIATES, PC**

        By:   /s/ Malcolm Segal
              MALCOLM SEGAL
              Attorneys for Defendant
              SCOTT NORRIS JOHNSON

SO ORDERED.

Dated: June 18, 2019.

        /s/ John A. Mendez
        JOHN A. MENDEZ
        UNITED STATES DISTRICT COURT JUDGE