MCGREGOR W. SCOTT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

TIMOTHY M. RUSSO
Trial Attorney
Department of Justice, Tax Division
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-2901
Facsimile: (202) 514-9623

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SCOTT NORRIS JOHNSON,<br><br>                Defendant. | CASE NO. 2:19-CR-0088 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 17, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 17, 2019.

2. By this stipulation, defendant now moves to continue the status conference until December 17, 2019 at 9:15 a.m., and to exclude time between September 17, 2019, and December 17, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that 447,713 pages of discovery and more than

one hundred bankers boxes of hard copy documents have already been produced by the government in this case.  This discovery consists of a wide array of material, including numerous reports of interviews, financial records, tax documents, litigation filings, documents received from numerous third parties, and more.

        b)      Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 17, 2019 to December 17, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

        g)      In addition, the parties agree that this case is unusual and complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).  Due to the nature and volume of the evidence and legal issues in play, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.  For that separate and additional reason, the time period of September 17, 2019 to December 17, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2].

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

    IT IS SO STIPULATED.

Dated: September 16, 2019
    McGREGOR W. SCOTT
    United States Attorney

    /s/ KATHERINE T. LYDON
    KATHERINE T. LYDON
    Assistant United States Attorney

Dated: September 16, 2019
    /s/ TIMOTHY M. RUSSO
    TIMOTHY M. RUSSO
    Trial Attorney, DOJ-Tax Division

Dated: September 16, 2019
    /s/ MALCOLM SEGAL
    MALCOLM SEGAL
    Counsel for Defendant
    SCOTT NORRIS JOHNSON

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of September, 2019.

    /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3