1  McGREGOR W. SCOTT
   United States Attorney
2  KATHERINE T. LYDON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   TIMOTHY M. RUSSO
6  Trial Attorney
   Department of Justice, Tax Division
7  601 D Street NW
   Washington, DC 20004
8  Telephone: (202) 514-2901
   Facsimile: (202) 514-9623
9
   Attorneys for Plaintiff
10 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT NORRIS JOHNSON,<br><br>Defendant. | CASE NO. 2:19-CR-0088 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 17, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 17, 2019.

2. By this stipulation, defendant now moves to continue the status conference until March 3, 2020 at 9:15 a.m, and to exclude time between December 17, 2019, and March 3, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that 447,713 pages of discovery and more than

one hundred bankers boxes of hard copy documents have already been produced by the government in this case. This discovery consists of a wide array of material, including numerous reports of interviews, financial records, tax documents, litigation filings, documents received from numerous third parties, and more.

b) Counsel for defendant has, together with his client, gone through a significant portion of the material. However, it is voluminous and he desires additional time to continue that process of reviewing discovery, consulting with his client, conducting investigation and research related to the charges, and otherwise preparing for trial

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 17, 2019 to March 3, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g) In addition, the parties agree that this case is unusual and complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). Due to the nature and volume of the evidence and legal issues in play, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. For that separate and additional reason, the time period of December 17, 2019 to March 3, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2].

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 13, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated: December 13, 2019

/s/ TIMOTHY M. RUSSO
TIMOTHY M. RUSSO
Trial Attorney, DOJ-Tax Division

Dated: December 13, 2019

/s/ MALCOLM SEGAL
MALCOLM SEGAL
Counsel for Defendant
SCOTT NORRIS JOHNSON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 13th day of December, 2019

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE