McGREGOR W. SCOTT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>SCOTT NORRIS JOHNSON,<br><br>                         Defendant. | CASE NO.  2:19-CR-0088 JAM<br><br>STIPULATION REGARDING TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER<br><br>DATE: June 9, 2020<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 9, 2020.

2.      By this stipulation, defendant now moves to continue the appearance until August 16, 2021, and to exclude time between June 9, 2020, and August 16, 2021, under Local Code T4.

3.      The parties also move to set this matter for trial to commence August 16, 2021.  The parties expect that the government's case-in-chief will be presented in 19 trial days and the defense case, if any, will be presented in 4 days.

4.      The parties agree that any motions pursuant to Rule 12 of the Federal Rules of Criminal Procedure must be filed by November 24, 2020p.

5.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that 447,713 pages of discovery and more than one hundred bankers boxes of hard copy documents have already been produced by the government in this case.  This discovery consists of a wide array of material, including numerous reports of interviews, financial records, tax documents, litigation filings, documents received from numerous third parties, and more.  In addition, the government has provided a reverse proffer to defense counsel outlining its evidence.

b)      Counsel for defendant has, together with his client, gone through a significant portion of the material.  However, the discovery is voluminous and defense counsel desires additional time to continue that process of reviewing discovery, consulting with his client, conducting investigation and research related to the charges, and otherwise preparing for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      Trial is set to commence August 16, 2021 at 9:00 a.m., to last approximately 19 trial days plus any defense case.  Trial Confirmation Hearing is set for June 15, 2021 at 9:15 a.m.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 9, 2020 to August 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

h)      In addition, the parties agree that this case is unusual and complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).  Due to the nature and volume of the evidence and legal issues in play, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial

1    itself within the time limits established by the Speedy Trial Act.  For that separate and additional

2    reason, the time period of June 9, 2020 to August 16, 2021, inclusive, is deemed excludable

3    pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2].

4         6.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

5    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

6    must commence.

7         IT IS SO STIPULATED.

8

9

10   Dated:  June 5, 2020                              McGREGOR W. SCOTT
                                                        United States Attorney

11

12                                                      /s/ KATHERINE T. LYDON
                                                        KATHERINE T. LYDON
13                                                      Assistant United States Attorney

14

15   Dated:  June 5, 2020                              /s/ MALCOLM SEGAL

16                                                      MALCOLM SEGAL
                                                        Counsel for Defendant
17                                                      SCOTT NORRIS JOHNSON

18

19

20                            **FINDINGS AND ORDER**

21        IT IS SO FOUND AND ORDERED this 5th day of June, 2020.

22

23                                                      /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
24                                                      UNITED STATES DISTRICT COURT JUDGE

25

26

27

28