PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

MATTHEW J. KLUGE
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street, N.E.
Washington, DC 20002
Telephone: (202) 305-3301
Facsimile: (202) 514-9623

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT NORRIS JOHNSON,<br><br>　　　　　　　　Defendant. | CASE NO. 2:19-CR-0088 JAM<br><br>STIPULATION TO CONTINUE AND SET HEARING; FINDINGS AND ORDER<br><br>DATE: November 15, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set to commence jury trial on January 9, 2023. A trial confirmation hearing was set for November 15, 2022.

2.　The parties have reached a plea agreement, which the government will file today for the Court's consideration pursuant to Federal Rule of Criminal Procedure Rule 11(c)(1)(C).

3. By this stipulation, the defendant now moves to vacate the trial confirmation hearing and put the matter on calendar for a change of plea on November 29, 2022, at 9:00 a.m.

4. At the change of plea hearing, the parties expect to request to vacate the trial date but, in an abundance of caution, do not so request at this time.

5. Time has already been excluded through January 9, 2023 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2].

IT IS SO STIPULATED.

Dated:  November 11, 2022            PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ KATHERINE T. LYDON
                                     KATHERINE T. LYDON
                                     Assistant United States Attorney

Dated:  November 11, 2022            /s/ MALCOLM SEGAL
                                     MALCOLM SEGAL
                                     Counsel for Defendant
                                     SCOTT NORRIS JOHNSON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of November, 2022.

                                     /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE