PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

MATTHEW J. KLUGE
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street, N.E.
Washington, DC 20002
Telephone: (202) 305-3301
Facsimile: (202) 514-9623

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0088 JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING INTERLINEATIONS TO PLEA AGREEMENT; FINDINGS AND ORDER** |
| v. | |
| SCOTT NORRIS JOHNSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through Assistant United States Attorney Katherine T. Lydon, and defendant Scott Norris Johnson, by, through, and with the advice and consent of his attorney, Malcolm Segal, hereby agree as follows:

1. On November 29, 2022, the defendant pleaded guilty to Count One of the Indictment pursuant to a plea agreement made under Rule 11(c)(1)(C).

2. After the final PSR was filed, the Probation Officer informed the government that certain

wording adjustments to the plea agreement were needed in order to legally effectuate the parties' original agreement.  In particular, the 18 months of home detention legally must be part of a term of probation (it cannot stand alone) and the year that follows home detention should be probation rather than a TSR.  These changes are necessary in order for Probation to carry out the intended sentence and supervision.

3. The parties conferred and agreed to execute by interlineation some clarifying word changes to the plea agreement, reflected in the interlineated plea agreement filed on the docket as Dkt. No. 53.

    a. The first sentence of section VI.C. "Specific Sentence Agreement" on page 9 is deleted and replaced with: "The parties agree that the defendant should be sentenced to 18 months home detention pursuant to the standard home detention conditions (attached hereto as Exhibit B) as part of a 2.5-year term of probation, and ordered to pay $250,000 restitution."

    b. Each instance of the word "confinement" is changed to "detention." (appearing on page 6, page 9, and page A-4).

    c. A new paragraph is added as section V.C. "Violations of Probation" on page 8: "The defendant understands that if he violates a condition of probation at any time prior to the expiration or termination of the term of probation, the Court may revoke the sentence of probation and resentence the defendant."

4. The defendant and government initialed each page on which there was a change. Defendant Scott Johnson initialed by each change, and undersigned government counsel initialed at the bottom right of each page on which there was a change.  Johnson, his attorney, and undersigned government counsel initialed by their original signature blocks.

5. The parties hereby request that for Rule 11(c)(1)(C) purposes the Court consider and ultimately accept or reject the interlineated plea agreement, not the original plea agreement.

6. Neither party requests a new Rule 11 change of plea hearing and the parties both consider the original Rule 11 change of plea hearing legally sufficient.

7. Johnson hereby **WAIVES** any right he may have to a new Rule 11 hearing and agrees he will not argue at any subsequent proceeding that he was entitled to a new Rule 11 hearing.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  February 28, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ KATHERINE T. LYDON<br>KATHERINE T. LYDON<br>Assistant United States Attorney |
| Dated:  February 28, 2023 | /s/ MALCOLM SEGAL<br>MALCOLM SEGAL<br>Counsel for Defendant<br>SCOTT NORRIS JOHNSON |
| Dated:  February 28, 2023 | /s/ Scott Norris Johnson<br>[signature on originally filed stipulation]<br>SCOTT NORRIS JOHNSON<br>Defendant |

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

| | |
|---|---|
| Dated: March 3, 2023 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>UNITED STATES DISTRICT COURT JUDGE |