Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
SCOTT NORRIS JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 2:19-CR-00088-JAM |
|---|---|
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| v. | |
| SCOTT NORRIS JOHNSON, | |
| Defendant. | |

The Court has considered the defendant's Request to Seal Documents relating to Attachment 1 to the Sentencing Memorandum.

The Court finds good cause for sealing Attachment 1 to the Sentencing Memorandum.

IT IS HEARBY ORDERED that Attachment 1 to the defendant's Sentencing Memorandum shall be filed under seal.

DATED: March 6, 2023         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE