Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
SCOTT NORRIS JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT NORRIS JOHNSON,<br><br>Defendant. | Case No: 2:19-CR-0088 JAM<br><br>**STIPULATON AND ORDER FOR RETURN OF PASSPORT** |

Defendant Scott Norris Johnson, by and through his counsel of record, Malcolm Segal, and Plaintiff United States of America, by and through Assistant United States Attorney Katherine T. Lydon, hereby stipulate and agree that the passport previously surrendered by Defendant to this Court on May 29, 2019 (Dkt #5), can now be returned to him.  Judgment and sentencing was entered as to Defendant on April 14, 2023 (Dkt #66) and the case is now closed.  The defendant will continue to abide by all conditions of probation, including with respect to home detention and restrictions on travel, for the duration of probation.

/ / /

-1-

STIPULATION AND ORDER FOR RETURN OF PASSPORT

Dated: May 9, 2023. **SEGAL & ASSOCIATES, PC**

By: /s/ Malcolm Segal
MALCOLM SEGAL
Attorneys for Defendant
SCOTT NORRIS JOHNSON

Dated: May 9, 2023. **PHILLIP A. TALBERT**
United States Attorney

By: /s/ Katherine T. Lydon (with authorization)
KATHERINE T. LYDON
Assistant United States Attorney

## **FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 10, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE